UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>BARTOS, et al.,<br><br>    Defendants. | No. 2:20-cv-00221-TLN-CKD<br><br>**ORDER** |

    Plaintiff Kenneth Hill ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 8, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 16.)

    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

    The Court has carefully reviewed the entire file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 8, 2020 (ECF No. 13), are ADOPTED IN FULL; and

2. All claims and defendants other than those specifically identified in the magistrate judge's December 8, 2020 "Order and Findings and Recommendations" are DISMISSED.

DATED:  January 13, 2021

Troy L. Nunley
United States District Judge